Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (#5730)
John.ONeal@quarles.com

*Attorneys for Defendant Credit One Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Isaiah Estrada,<br><br>         Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>Backgroundchecks.com LLC; Clarity<br>Services, Inc. and Credit One Bank,<br><br>         Defendants. | Case No.: 2:25-cv-01296<br><br>**DEFENDANT CREDIT ONE BANK, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant, Credit One Bank, N.A. ("Credit One"), by counsel, moves the Court for a 28-day enlargement of time for Credit One to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, which is unopposed, Credit One states:

1.     Credit One was served with a summons and copy of the Complaint on July 21, 2025, making its answer or responsive pleading due on August 11, 2025 which time has not yet expired.

2.     Credit One requests this extension to provide it sufficient time to investigate the allegations in Plaintiff's Complaint and to conduct informal settlement negotiations.

3.     Counsel for Credit One discussed the requested extension with Plaintiff's

-2-

counsel via telephone on August 11, 2025. Plaintiff's counsel has no objection to the requested enlargement.

4. This is Credit One's first request for an extension.

5. This motion is filed in good faith and not for the purposes of unnecessary delay.

WHEREFORE, Credit One moves the Court to grant it an enlargement to September 8, 2025, to answer or otherwise respond to Plaintiff's Complaint and for all other appropriate relief.

Respectfully submitted, this 11th day of August, 2025.

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2322

By: */s/ John M. O'Neal*
    John M. O'Neal

*Attorneys for Defendant Credit One Bank, N.A.*

IT IS SO ORDERED.
Dated:  August 12, 2025

.
.
_____
Nancy J. Koppe
United States Magistrate Judge