Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (#5730)
John.ONeal@quarles.com

*Attorneys for Defendant Credit One Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Isaiah Estrada,<br><br>                          Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services LLC; Backgroundchecks.com LLC; Clarity Services, Inc. and Credit One Bank,<br><br>                          Defendants. | Case No.: 2:25-cv-01296<br><br>**DEFENDANT CREDIT ONE BANK, N.A.'S UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Second Request** |

Defendant, Credit One Bank, N.A. ("Credit One"), by counsel, moves the Court for a 14-day enlargement of time for Credit One to answer or otherwise respond to Plaintiff's Complaint. Plaintiff does not oppose this Motion.  In support, Credit One states:

1. Credit One was served with a summons and copy of the Complaint on July 21, 2025, making its answer or responsive pleading initially due on August 11, 2025.

2. Credit One received an initial enlargement to September 8, 2025, to answer or otherwise respond to the Complaint, which deadline has not yet expired.

3. Credit One and Plaintiff's counsel have been negotiating a potential informal

resolution of the claims against Credit One and need additional time to do so.

4. Counsel for Credit One discussed the requested extension with Plaintiff's counsel via email on September 5, 2025. Plaintiff's counsel has no objection to the requested enlargement.

5. This motion is filed in good faith and not for the purposes of unnecessary delay.

WHEREFORE, Credit One moves the Court to grant it an enlargement to September 22, 2025, to answer or otherwise respond to Plaintiff's Complaint and for all other appropriate relief.

Respectfully submitted, this 8th day of September, 2025.

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2322

By: */s/ John M. O'Neal*
    John M. O'Neal

*Attorneys for Defendant Credit One Bank, N.A.*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED
Dated: September 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

-2-