George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Info@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Isaiah Estrada,<br><br>  Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services LLC; Backgroundchecks.com LLC; Clarity Services, Inc. and Credit One Bank, N.A.<br><br>  Defendant(s). | Case No.: 2:25-cv-01296<br><br>**Stipulation for dismissal of Credit One Bank, N.A.** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Isaiah Estrada and Credit One Bank, N.A. stipulate to dismiss Plaintiff's claims against Credit One Bank, N.A. with prejudice.

///
///
///

_____

STIPULATION                      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 12 September 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**QUARLES & BRADY LLP**

/s/ *John M. O'Neal*
John M. O'Neal
One Renaissance Sq.
Two North Central Ave, Suite 600
Phoenix, AZ 85004-2322
*Counsel for Defendant* Credit One Bank, N.A.

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 23, 2025

STIPULATION - 2 -