George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Isaiah Estrada*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Isaiah Estrada,<br><br>                    Plaintiff,<br><br>          v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>Backgroundchecks.com LLC; Clarity<br>Services, Inc. and Credit One Bank,<br><br>                    Defendants. | Case No.: 2:25-cv-01296<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Isaiah Estrada and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///

_____

STIPULATION                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 12, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Isaiah Estrada*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_ January 15, 2026    _____

_____

STIPULATION                    - 2 -